# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 10, 2020

*VIA ECF*
The Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-11-2020

    Re:    *United States v. Shelly Washington,*
           20 CR 37 (LAK)

Dear Judge Kaplan:

With the consent of the government, I write to adjourn the dates by which Ms. Washington must file her pre-trial motions and the next pre-trial conference. The parties propose the following schedule:

    Defendant's motions, if any, must be filed by May 12, 2020;
    Government's response, if any, must be filed by June 2, 2020;
    Defendant's reply, if any, must be filed by June 9, 2020; and
    A status conference any date or time convenient for the Court in June.

The currently scheduled trial date of October 19, 2020 need not move.

I require the additional time to review the discovery, some of which is being produced today, with my client to effectively prepare her pretrial motions and to accommodate my work schedule which includes trials in both March and April.

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ
3/11/2020

The Honorable Kaplan  March 10, 2020
Page 2 of 2

    Re:    *United States v. Shelly Washington,* 20 CR 37 (LAK)

To accommodate this request, we have no objection to excluding time for purposes of speedy trial calculations until the adjourned status conference date.

 Thank you for your consideration of this application.

Respectfully submitted,
/s/ Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:    AUSAs David Robles/Jacob Warren (via ECF)