UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/18/2020

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                  :
                                           :       20-CR-37 (VEC)
    -against-                  :
                                           :       ORDER
SHELLY WASHINGTON,                         :
                                           :
                           Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 17, 2020, the parties appeared for or a bail appeal hearing in this matter before this Court; and

WHEREAS Defendant appealed Magistrate Judge Cott's decision to deny bail;

IT IS HEREBY ORDERED THAT, for the reasons stated at the hearing, Defendant's appeal is denied.

**SO ORDERED.**

**Date: March 18, 2020**
**New York, NY**

                                        **VALERIE CAPRONI**
                               **United States District Judge, Part I**